TO BE USED ONLY FOR THIS JURY TRIAL   (CIVIL)   **TOTALLY CONFIDENTIAL**   JUROR #___

| 1) Full Name: | 2) Age:_____<br><br>Place of Birth:_____<br><br>Years at current address:_____ | 3) Type & year of all autos: |
|---|---|---|
| 4) What are your duties or responsibilities at work?<br><br><br><br>What jobs have you held in the past? | 5) Have you ever served in the military?<br>☐ Yes ☐ No<br>If Yes, when and where did you serve and what was the highest rank you achieved? | 6) Have you ever been divorced:<br>☐ Yes ☐ No<br>If married or living with someone, what are their duties or responsibilities at work: |
| 7) What is your spouse/significant other's educational background?<br><br><br><br>What jobs has your spouse/significant other held in the past? | 8) Names, ages and occupations of children & step-children:<br><br><br><br>Any deceased children?<br>If Yes, please explain: | 9) Please describe how you learn the best:<br><br>☐ Visual<br>☐ Audio<br>☐ Both (Visual & Audio)<br>☐ Other: |
| 10) Are you a:<br>☐ Democrat  ☐ Independent<br>☐ Republican<br>☐ Other:_____ | 11) Hobbies: | 12) Any favorite TV, Netflix, etc shows: |
| 13) Which of the following do you prefer the most:<br><br>☐ Books<br>☐ Movies<br>☐ Internet           ☐ TV<br>☐ Newspapers & Magazines | 14) What were your parents' occupations?<br><br><br>What types of work do your brothers and sisters do? | [REDACTED] |
| 16) Were you or a family member ever a ☐ plaintiff or  ☐ defendant in a lawsuit?<br><br>If so, please describe briefly, (where, when, what type, outcome)<br><br><br><br>Name of attorney representing you/family member: | 17) If you or a family member have ever been seriously injured, please describe what happened: | 18) What it your opinion of mental anguish damages? |
| 19) Member of any organizations (include unions, political, religious, social, cultural)<br><br>19a) Three people you admire most:<br><br><br><br>Three people you admire least: | 20) Newspapers, magazines or journals regularly read:<br><br><br>Internet sites regularly visited:<br><br><br>What is your main source of news?<br>☐ Newspaper       ☐ Internet<br>☐ TV              ☐ Radio Station<br>☐ Friends & Family | 21) If you or a family member have any relationship to the medical, legal, or insurance fields (claims adjusting and claims settlements), please describe: |
| 22) Please write three words that best describe yourself:<br><br><br>22a) This trial is expected to last ___ weeks.  Any reason you can't serve that long: | 23) Any reason you are unwilling or unable to serve as a juror:<br><br><br>Any physical, medical, or psychological issues you wish to call to the court's attention: | 24) Any comments you wish to add: |

Signature:_____   Date:_____