UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  20-cv-22783-BB

KATHRYN BIRREN,
AND MANDY BIRREN,

    *Plaintiff*,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
A LIBERIAN CORPORATION,

    *Defendant*.
_____/

**JOINT NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND EACH PARTY'S PROPOSED VERDICT FORMS**

    Plaintiffs KATHRYN BIRREN, and MANDY BIRREN and Defendant, ROYAL CARIBBEAN CRUISES LTD ("RCCL"), by and through undersigned counsel jointly file the Proposed Jury Instructions and each Party's Proposed Verdict Form.

Respectfully submitted,

  *S/ Daniel Marcotte*                        *S/ Mathias Hayashi*

**Daniel Marcotte, Esq.** (FBN 52314)      **Mathias Hayashi, Esq.** (FBN 115973)

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: *S/ Mathias Hayashi*

**Mathias Hayashi, Esq.** (FBN 115973)

**SERVICE LIST**

| | |
|---|---|
| Spencer Aronfeld, Esq. <br><br> aronfeld@arondfeld.com <br><br> Matthias M. Hayashi, Esq <br><br> mhayashi@aronfeld.com <br><br> Abby Hernandez Ivey, Esq. <br><br> aivey@aronfeld.com <br><br> Aronfeld Trial Lawyers, P.A. <br><br> 1 Alhambra Plaza <br><br> Coral Gables, FL 33134 <br><br> Tel. (305)441-0440 <br><br> Fax. (305)441-0918 <br><br> *Attorneys for Plaintiffs* | **Richard J. McAlpin, Esq.** (FBN 438420) <br><br> rmcalpin@mcalpinconroy.com <br><br> sshojgreen@mcalpinconroy.com <br><br> **Daniel Marcotte.** (FBN 52314) <br><br> dmarcotte@mcalpinconroy.com <br><br> amecias@mcalpinconroy.com <br><br> bvelazquez@mcalpinconroy.com <br><br> **McAlpin Conroy** <br><br> Brickell City Tower <br><br> 80 Southeast 8th Street <br><br> Suite 2805 <br><br> Miami, FL 33130 <br><br> Telephone: (305) 810-5400 <br><br> *Attorneys for Defendant* |