UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22783-BB

KATHRYN BIRREN AND
MANDY BIRREN,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF, MANDY BIRREN'S, MOTION FOR VOLUNTARY DISMISSAL

THIS MATTER is before the Court on Plaintiff, MANDY BIRREN'S, Motion for Voluntary Dismissal filed March 31, 2022.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. Plaintiff, MANDY BIRREN'S, Motion for Voluntary Dismissal is hereby granted.

**DONE AND ORDERED** in Chambers, Miami, Florida this ____ of March 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**