Can we please review the transcript of Ms. Campos testimony?

The Court does not have transcripts of the trial testimony.

If we find shared negligence, will Ms. Birren receive any money in addition to what is stated in line 6?