How would you described on a scale of 1 to 10 her neck pain after the accident (1 being not much 10 alot).

exactly what shores does your wife does at Home on a daily Basis after the accident (cruise accident)

Was Kathy complaining about any back pain, that she normally experiences, before boarding the cruise?

Do you remember when Kathy's last chiroprachtic treatment took place, prior to the cruise?

1. Did Kathy's chiropractor ever request CT, mri, xray?

2.

On a scale of 1 to 10. How painful would you say her pain was at dinner time?
1 being no pain 10 been extreme pain.

Would you say that her pain is more now than before she had the surgery? How would you describe her pain between the time she had her accident and then after her surgery. On a scale of 1 to 10?

Did your friend ~~mention~~ mentioned to you ~~she~~ had gone to the infirmary ~~on~~ the ship.

When she is not signing checks on Friday. What ~~~~ duties ~~is~~ she doing the other days she goes to work?

- Does the construction quality of a Mercedes vs. a Tacoma play a part on the amount of damage?

7) How long would you say your Mom works on a daily Basis when she goes?

8) During your visit to New York where did you go?

1) How long during the day do you spend at Home on a daily Basis?

2) How long Before the accident were you on the ship? You & Mom did not do any activities?

3) Did it ever occur to both you and your Mom to take a different elevator when after taking the elevator you noticed it was performing unusual?

4) How would you described your Mom's pain after the various incident? from a scale of 1 to 10, 1 being none 10 a lot.

5) Did you Mother agreed with the Dr. not to have any an X-ray?

6) ~~Did you Mother was going~~ How often was your Mom going to the chiropractor Because she was in pain Before the accident?

- She was not in pain before the elevator incident, when she had to visit the chiropractor frequently?

- Did you have home visiting aid before the elevator incident

Who does the cooking, groceries
Cleaning etc at home?

Who drives you whenever you
need to go anywhere.

Is your daughter working?

If you are bracing for the impact of the elevator door, would that affect the twisting motion of the torso?

Did the Sr. checked whether the airbags were in working Condition?

① Is this surgery that she is having a fix to the other surgery?

② Had this surgery done correctly would the plaintiff ~~been in need for another surgery~~ had been in need for another surgery?

Does RCCL analyze incident data to determine if any specific part of the ship is causing injuries?

What is the procedure for investigating incident cause/resolution?

Does RCCL rely on train the trainer for all aspects of the ship? maintenance

~~What is~~

Who maintains/designs elevators in all ship classes? Kone? Was RCCL provided manuals with maintenance requirements/standards? How often do you see similar incidents in other class ships?

How many similar incidents since Sep-19?

Where is the technical calibration standards for the inspector to follow? Internal inspector

* How far off the ground does the light curtain begin?
* How small of an object can trigger the sensors to reopen the door?
* What is the ~~appropriate~~ reaction time ~~on~~ for the door to reopen?

* Can the dwell time change without manually pressing the close button from transit to transit? If not, would you consider any change in speed a malfunction?

~~Is a controller reset a common need on elevators and if done, does it~~

* Is there a controller reset function?
* How often is it done and what kind of functions/defaults it resets? Can it correct a stuck button?
* What is the difference between EN81-20 and EN81-70? When would each apply?

If the door contact is damaged, would it cause the elevator doors to open and close quickly? In other words, would the elevator doors reopen because the elevator does not recognize that the doors are closed and ready to go to another level?

How often should dwell times be inspected on elevators to remain compliant?

Based on Bahamian Maritime Authority, elevators must be in compliance with ISO codes. ASME or EN codes are also observed as equivalent, is that correct? Do elevators need to be in compliance with all 3 codes?

① On a scale of 1 to 10 (1 being no pain 10 being a lot) How would you say the pain your wife's pain was after the accident on the cruise and then after the car accident?

② How often does your wife goes to help you in your business?

③ Did it ever occur to you to ask your wife to have an MRI. Before ~~ever~~ since she had the Back problem. To your knowledge did the chiropractor ever ~~mention~~ ~~that~~ suggested to her.

- Could the little girl that used her elbow had pressed the door-closed button ~~and~~ ~~was~~ getting it stuck?

- Out of all elevator malfuction reports that operators receive, could you provide an educated estimate of the average times that these ~~reports~~ alleged incidents are due to passenger's missuse vs. actual elevator's failures?