UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22783-BLOOM/Louis

KATHRYN BIRREN,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

## VERDICT FORM

We the jury find as follows:

1. Was Defendant ROYAL CARIBBEAN CRUISES, LTD. negligent, and was this negligence a legal cause of loss, injury, or damage to Plaintiff KATHRYN BIRREN?

    YES __✓__      NO _____

**If your answer to Questions 1 is "NO," your verdict is for the Defendant, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to Questions 1 is "YES," please answer Question 2.**

2. Was there negligence on the part of Plaintiff KATHRYN BIRREN that was a legal cause of her loss, injury, or damage?

    YES __✓__      NO _____

*If you answered YES to Question 2, please answer questions 3. If you answered NO to Question 2, please skip Questions 3, and answer Questions 4, 5, and 6.*

3. State the percentage of any negligence that you charge to:

    Defendant, ROYAL CARIBBEAN CRUISES, LTD. __10__ %

    Plaintiff, KATHRYN BIRREN __90__ %

    **TOTAL MUST EQUAL 100%**

In determining an amount of damages, do not make any reduction because of the negligence, if any, of Plaintiff KATHRYN BIRREN. If you find that she was, to any extent, negligent, the court in entering judgment will make an appropriate reduction in the amount of damages awarded.

4. What is the total amount of damages sustained by Plaintiff KATHRYN BIRREN for medical and hospital expenses as a result of the incident in question?

        a) In the past?      $ 6,000

        b) In the future?     $ 0

5. What is the amount of any damages for disability, disfigurement, scarring, pain and suffering, mental anguish, or loss of capacity for the enjoyment of life experienced by Plaintiff KATHRYN BIRREN?

        a) In the past?      $ 0

        b) In the future?     $ 0

6. What are the TOTAL DAMAGES TO Plaintiff KATHRYN BIRREN?

$ 6,000
(Add lines 4a, 4b, 5a, and 5b)

SO SAY WE ALL this ___8___ day of April, 2022.

                                                                                                _____
                                                                                                FOREPERSON