UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22783-BLOOM/Louis

KATHRYN BIRREN and
MANDY BIRREN,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Tax Costs and Verified Bill of Costs, ECF No. [207] ("Motion"), filed on May 3, 2022. The Motion was previously referred to the Honorable Magistrate Judge Lauren F. Louis for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [208]. On September 15, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted in part and denied in part, and that Plaintiff be awarded a total of $10,751.87 in taxable costs, consisting of $65.00 for the fees associated with service of a subpoena, $400.00 for the filing fee in this case, $9,247.55 in court reporter and transcription fees, and $1,039.32 in costs associated with obtaining copies of medical records, to accrue interest from the date of entry of Final Judgment. ECF No. [216]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 23. To date, the parties have not filed any objections, nor have the parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court, therefore, agrees with the analysis in the R&R and concludes that Plaintiff's Motion must **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [216]**, is **ADOPTED**;

2. The Motion, **ECF No. [207]**, is **GRANTED IN PART AND DENIED IN PART**;

3. Plaintiff is awarded a total of **$10,751.87** in taxable costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 11, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record