UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22783-BLOOM/Louis

KATHRYN BIRREN and
MANDY BIRREN,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendant's Amended Verified Motion to Tax Costs, ECF No. [220], filed on October 20, 2022 ("Motion"). The Motion was previously referred to the Honorable Lauren F. Louis for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [226]. On January 3, 2023, the Magistrate Judge issued a R&R recommending that the Motion be granted in part and denied in part. ECF No. [227]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, neither party has filed any objections, nor has either party sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion should be **Granted in Part and Denied in Part** for the reasons set forth therein.

Case No. 20-cv-22783-BLOOM/Louis

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [227]**, is **ADOPTED**;

2. The Motion, **ECF No. [220]**, is **GRANTED IN PART AND DENIED IN PART**;

3. Defendant is awarded a total of **$1,697.10** in taxable costs from former Plaintiff Mandy Birren, consisting of: $40.00 For the fees associated with the service of a subpoena, $773.50 in court reporter and transcription fees, and $883.60 in costs associated with obtaining copies of medical records. The award is to accrue interest in accordance with 28 U.S.C. § 1961.

4. The case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 18, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record